# LANCE S. GROSSMAN
### ATTORNEY AT LAW
WOOLWORTH BUILDING
233 BROADWAY-SUITE 2220
NEW YORK, N.Y. 10279

(212) 571-4649                                              FAX: (212) 227-6534

October 28, 2016

**via ECF**
Honorable Steven M. Gold, Chief Magistrate Judge
United States District Court
    for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: ***Tuhin v NY Motor Group., LLC & M&T Bank, et. al.***
          Docket No. 13 cv 5643
      ***Chowdbury v NY Motor Group, M&T Bank Corporation, et. al.***
          Docket No. 14 cv 2981
      ***Gabrys v New York Motor Group, Inc. & M&T Bank, et. al.***
          Docket No. 13 cv 7290
      ***Banon v New York Motor Group, Inc. & M&T Bank, et. al.***
          Docket No. 15 cv 4691

Dear Chief Magistrate Judge Gold:

      This office is counsel to defendant M&T Bank ("M&T") in the above referenced actions.

      This letter is being sent to request a one week adjournment of M&T Bank's appearance at a conference now scheduled to be attended by plaintiffs' counsel, dealership counsel and M&T Bank on Monday October 31, 2016 at 4:00pm until Monday November 7, 2016 at 4:00 pm.

      The reason for the request is that the plaintiffs' counsel and M&T Bank are in the process of negotiating the terms of a potential settlement agreement. The draft of the agreement was just sent to my office last Friday by plaintiffs' counsel and then forwarded to M&T Bank for review and comment.

      Due to scheduling and internal matters M&T Bank has been unable to complete its review and comment in the one week it has had the draft. M&T Bank expects to complete its process and forward to plaintiff its comments by next week.

      To that end, my office requested the adjournment of the conference and all plaintiffs' counsel have consented to the request for the adjournment of M&T Bank appearance at the conference until November 7, 2016.

Thank you for your attention to this matter.

                                                     Respectfully,

                                                     *Lance Grossman*

                                                     Lance Grossman

LG/me
cc:    Related Counsel-via ECF