**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------

SHAHADAT TUHIN

                       Plaintiff                    Docket No. 13 cv 5643

     against

NEW YORK MOTOR GROUP, LLC,
M &T BANK CORPORATION
MAMDOH ELTOUBY,
"JANE DOE" identified as "NADA"
"JOHN DOE" identified as "JOHN" "JAY" "JULIO"
"JOHN DOE" identified as "MOHAMMED"
"JOHN DOE" identified as "DEWAN" and
"JOHN/JANE DOES"

                       Defendants

-------------------------------------------------------------

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT M&T BANK CORPORATION

Plaintiff Shahadat Tuhin hereby voluntarily dismisses this action only as to M&T Bank Corporation with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed. R. Civ. P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. This dismissal does

*[the rest of this page is intentionally left blank]*

not prejudice Plaintiff's or M&T Bank's rights as to the remaining Defendants.  An executed faxed

or scanned copy of this Agreed Order shall be deemed as a signed original.

Dated:  New York, NY
       December 28, 2016

                                                Respectfully Submitted,

LAW OFFICE OF LANCE GROSSMAN                 MFY LEGAL SERVICES

By:  Lance Grossman                                By:  Ariana Lindermayer
233 Broadway, Suite 2220                          299 Broadway
New York, NY 10279                              New York, New York 10007
(212) 571-4649                                   (212) 417-3700
lsglawoffices@verizon.net                       alindermayer@mfy.org

So ordered.

_____

Allyne R. Ross, U.S.D.J.