FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 7 - 2017  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                        :

ANWAR ALKHATIB,                  :

            Plaintiff,        :

    -against-                 :

NEW YORK MOTOR GROUP LLC, et al.,  :

           Defendants.     :

-------------------------------------------------------------- X

-------------------------------------------------------------- X
                        :

SHAHADAT H. TUHIN,          :

            Plaintiff,        :

  -against-                :

NEW YORK MOTOR GROUP LLC, et al.,  :

           Defendants.     :

-------------------------------------------------------------- X

-------------------------------------------------------------- X
                        :

SIMON GABRYS,             :

            Plaintiff,        :

  -against-                :

NEW YORK MOTOR GROUP LLC, et al.,  :

           Defendants.     :

-------------------------------------------------------------- X

**ORDER**

13-cv-2337 (ARR) (SMG)

13-cv-5643 (ARR) (SMG)

13-cv-7290 (ARR) (SMG)

```
------------------------------------------------------------ X
                                                             :
BORIS FREIRE,                                                :
                                                             :     13-cv-7291 (ARR) (SMG)
                    Plaintiff,                               :
                                                             :
-against-                                                    :
                                                             :
NEW YORK MOTOR GROUP LLC, et al.,                            :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X


------------------------------------------------------------ X
                                                             :
ZHENG HUI DONG,                                              :
                                                             :     14-cv-2980 (ARR) (SMG)
                    Plaintiff,                               :
                                                             :
-against-                                                    :
                                                             :
NEW YORK MOTOR GROUP LLC, et al.,                            :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X


------------------------------------------------------------ X
                                                             :
NASRIN CHOWDHURY,                                            :
                                                             :     14-cv-2981 (ARR) (SMG)
                    Plaintiff,                               :
                                                             :
-against-                                                    :
                                                             :
NEW YORK MOTOR GROUP LLC, et al.,                            :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X
```

ROSS, United States District Judge:

On June 3, 2015, I received the Report and Recommendation on these six related cases from the Honorable Steven M. Gold, United States Magistrate Judge. See Mem. & Order and R. & R., No. 13-cv-5643, ECF No. 93. On September 30, 2015, I adopted the Report and Recommendation with respect to four defendants: Mamdoh Eltouby, Nada Eltouby, New York Motor Group, and Planet Motor Cars. See Order Adopting in Part R. & R., No. 13-cv-5643, ECF No. 153, at 3. I declined at that time to address the portion of the Report and Recommendation that relates to claims by the plaintiffs against defendant financial institution M&T Bank. Id. at 3-4.

All plaintiffs who asserted claims against M&T Bank have subsequently settled those claims and stipulated to their dismissal with prejudice.[1] In light of plaintiffs' filing of the stipulations of dismissal of their claims against M&T Bank, the relief recommended herein by Judge Gold with respect to those claims is moot.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: February 6, 2017
Brooklyn, New York

---

[1] See No. 13-cv-5643, ECF No. 165 (plaintiff Tuhin's dismissal with prejudice of all claims against M&T Bank); No. 13-cv-7290, ECF No. 135 (plaintiff Gabrys' dismissal with prejudice of all claims against M&T Bank); No. 14-cv-2981, ECF No. 123 (plaintiff Chowdhury's dismissal with prejudice of all claims against M&T Bank)