# Exhibit E

**INTENTIONALLY BLANK**