# Exhibit F

| P. Ex. | Description | Bates No. |
|---|---|---|
| 1 | AG FOIL response | FOIL 150181 000001 - 000355 |
| 2 | NYMG Terms of Agreement, Ahmed, 01-06-2013 | |
| 3 | Photo of Car with Price, Ahmed | |
| 4 | Constar Collection Alert & Santander Calculation of Deficiency, Ahmed, 05-04-2015 | |
| 5 | NYMG Response to Complaint, Ahmed, 10-18-2013 | |
| 6 | Tikhana Newspaper Article, 16-08-2013 | |
| 7 | NYC Civil Court Pleadings, Ahmed, 09-05-2013 | |
| 8 | Planet Motor Cars Retail Installment Contract, Ahmed, 01-08-2013 | |
| 9 | Police Report and Threats, Ahmed, 07-24-2013 | |
| 10 | Planet Motor Cars Receipt, Ahmed, 01-08-2013 | |
| 11 | Santander Bill, Ahmed, 06-22-2013 | |
| 12 | Vehicle Title, Ahmed, 02-19-2013 | |
| 13 | NYMG, First Purchase Order, Alkhatib, 12-18-2012 | |
| 14 | Cars.com Advertisement, Alkhatib, 12-20-2012 | |
| 15 | NYMG, Terms of Agreement, Alkhatib, 12-19-2012 | |
| 16 | Receipt for Car, Alkhatib, 12-19-2012 | |
| 17 | NYMG Retail Installment Contract, Alkhatib, 12-19-2012 | |
| 18 | AUL Service Contract, Alkhatib, 12-19-2012 | |
| 19 | Technology Insurance Company, Theft Deterrant Product Protection, Alkhatib, 12-19-2012 | |
| 20 | Email exchange between Banon and Alex about getting plaintiffs together, 03-10-2014 | |
| 21 | Arbitration Agreement, Banon, 08-14-2013 | |
| 22 | Blue Book for 2011 BMW X5 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 23 | M&T Bank Statements and Receipts, Banon, 05-10-2016 | |
| 24 | M&T Bank Statements and Receipts, Banon, 07-10-2015 | |
| 25 | M&T letter correcting RIC, Banon, 08-20-2013 | |
| 26 | NYMG Refund to M&T, Banon, 12-06-2013 | |
| 27 | NYS DMV Odometer Disclosure, Banon, 08-14-2013 | |
| 28 | Email exchange between Banon and Detective Driscoll, 03-20-2014 | BANONM&T000065 - 6 |
| 29 | DealerTrack, Banon, 08-14-2013 | |
| 30 | NYS DMV Notice of Lien, 08-14-2013 | |
| 31 | Technology Insurance Company, Theft Deterrant Product Protection, Banon, 08-14-2013 | |
| 32 | Total Loss Protection Passenger Vehicles, Banon, 08-14-2013 | |
| 33 | M&T Record Request, Banon, 02-21-2014 | |
| 34 | Citibank Check, Banon, 08-14-2013 | |
| 35 | NYMG Receipts, Banon, 08-14-2013 | |
| 36 | Auto Palace Fraud Press Release, 12-04-2012 | |
| 37 | Five Towns Patch on Julio Estrada | |
| 38 | NYMG Purchase Agreement, Banon, 08-14-2013 | |
| 39 | NYMG We-Owe Work Notice, Banon, 08-14-2013 | |
| 40 | Loan Calculations with Notes, Banon, 09-24-2013 | |
| 41 | Small Claims Court Statement of Claim, Banon, 11-06-2013 | |
| 42 | BBB Complaint of Planet Motor by Castro, 03-31-2015 | |
| 43 | BBB Complaint of NYMG by Chowdhury, 11-13-2013 | |
| 44 | BBB Complaint of NYMG by Gabrys, 10-21-2013 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 45 | BBB Complaint of NYMG by Haubert, 04-20-2013 | |
| 46 | BBB Complaint of NYMG by Tambong, 09-16-2011 | |
| 47 | BBB Complaint of NYMG by Thomas, 12-11-2012 | |
| 48 | Authorization to Pay Off Loan, Chowdhury, 09-10-2013 | |
| 49 | Letter to M&T Bank by Chowdhury, 01-22-2013 | |
| 50 | Text Messages between Julio Estrada and Shehad Chowdhury, 10-28-2013 | |
| 51 | M&T Retail Installment Contract, Chowdhury, 01-29-2013 | |
| 52 | M&T Late Payment Letter, Chowdhury, 09-28-2013 | |
| 53 | Technology Insurance Group, Theft Deterrant Product Protection, Chowdhury, 01-29-2013 | |
| 54 | Business Card for John Desantos, Chowdhury | |
| 55 | AUL Service Contract, Chowdhury, 01-29-2013 | |
| 56 | NYMG Purchase Agreement, Chowdhury, 01-28-2013 | |
| 57 | Notes About Purchase Price, Chowdhury | |
| 58 | NYMG Receipt, Chowdhury, 08-21-2013 | |
| 59 | Acord Insurance Binder, Dilshod, 01-15-2013 | |
| 60 | NYMG Receipt, Dilshod, 08-21-2013 | |
| 61 | Planet Motor Cars Receipt for Downpayment, Dilshod, 01-14-2013 | |
| 62 | Retail Installment Contract, Dilshod, 01-14-2013 | |
| 63 | Hillside Motors' Response to DCA Complaint, Bains, 01-21-2014 | Pl.Supp.Disc.005069 |
| 64 | DCA Mediator letter to Bains re Hillside Motors Complaint, 02-07-2014 | Pl.Supp.Disc.005070 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 65 | Retail Installment Contract, Bains, 10-26-2013 | Pl.Supp.Disc.005064 - 5 |
| 66 | Hillside Motors Purchase Agreement, Bains, 10-26-2013 | Pl.Supp.Disc.005068 |
| 67 | DCA letter to Hillside Motors, Bains, 01-21-2014 | Pl.Supp.Disc.005066 - 7 |
| 68 | Ownershield Vehicle Service Contract, Bains, 10-26-2013 | Pl.Supp.Disc.005062 |
| 69 | Total Loss Protection, Bains, 10-26-2013 | Pl.Supp.Disc.005063 |
| 70 | DCA Complaint against Hillside Motors, Bains, 01-21-2014 | Pl.Supp.Disc.005052 - 9 |
| 71 | Consent Order against Hillside Motors, Bains, 06-11-2014 | Pl.Supp.Disc.005038 - 42 |
| 72 | DCA Letter re Consent Order, Bains, 06-12-2014 | Pl.Supp.Disc.005037 |
| 73 | Notice of Hearing against Hillside Motors, Bains, 05-16-2014 | Pl.Supp.Disc.005030 - 6 |
| 74 | Default Decision and Order against NYMG, DCA, 10-29-2013 | |
| 75 | Determination of Motion to Vacate against NYMG, DCA, 02-19-2014 | |
| 76 | Hillside Motors Business License Application, 09-26-2013 | Pl.Supp.Disc.005001 - 8 |
| 77 | Hillside Motors Certificate of Inspection, 02-18-2015 | Pl.Supp.Disc.005028 |
| 78 | Hillside Motors Certificate of Inspection, 06-03-2014 | Pl.Supp.Disc.005029 |
| 79 | Hillside Motors Certificate of Inspection, 10-31-2013 | Pl.Supp.Disc.005051 |
| 80 | Notice of Hearing against Hillside Motors, DCA, 12-05-2013 | Pl.Supp.Disc.005046 |
| 81 | Pictures from DCA Inspection of Hillside Motors, 10-15-2013 | Pl.Supp.Disc.005047 - 50 |
| 82 | Denial of Business Application for Hillside Motors, DCA, 09-23-2013 | Pl.Supp.Disc.005015 |
| 83 | Hillside Motors Online Business License Application, DCA, 08-20-2013 | Pl.Supp.Disc.005017 - 22 |
| 84 | Default Decision and Order against Hillside Motors, DCA, 01-15-2014 | Pl.Supp.Disc.005043 - 4 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 85 | Determination of Motion to Vacate against Hillside Motors, DCA, 04-23-2014 | Pl.Supp.Disc.005045 |
| 86 | Determination of Motion to Vacate against NYMG, DCA and Uzzaman, 02-19-2014 | |
| 87 | DCA Complaint against NYMG, 02-15-2014 | Pl.Supp.Disc.005289 - 91 |
| 88 | DCA letter resolving dispute against Hillside Motors, 02-27-2014 | Pl.Supp.Disc.005080 |
| 89 | DCA letter to Hillside Motors re complaint, 02-05-2014 | Pl.Supp.Disc.005078 - 9 |
| 90 | Hillside Motors response to DCA complaint, 02-05-2014 | Pl.Supp.Disc.005081 |
| 91 | Parking Ticket, 12-18-2013 | Pl.Supp.Disc.005075 |
| 92 | Hillside Motors RIC, 11-30-2013 | Pl.Supp.Disc.005076 - 7 |
| 93 | DCA Complaint against Hillside Motors | Pl.Supp.Disc.005071 - 4 |
| 94 | Certificate of Occupancy, 08-19-1977 | Pl.Supp.Disc.005011 - 2 |
| 95 | Certificate of Occupancy, 06-09-1999 | Pl.Supp.Disc.005013 - 4 |
| 96 | NYDOS Corporation Entity Information for Hillside Motors, 09-27-2013 | Pl.Supp.Disc.005009 - 10 |
| 97 | Planet Motor Cars Complaint Summary | |
| 98 | Planet Motor Cars License Applications | |
| 99 | Planet Motor Cars Change of Owner, 01-13-2000 | |
| 100 | Decision and Order for Planet Motor Cars, Dismissed, 10-29-2010 | |
| 101 | Notice of Hearing Urgilez v. Planet Motor Cars, Charges Dismissed, 11-12-2014 | |
| 102 | Osborne Complaint against Planet Motor Cars 5001-32515 | |
| 103 | DCA Complaint against Planet Motor Cars 5001-21034 | |
| 104 | DCA Complaint against Planet Motor Cars 5001-20577 | |
| 105 | DCA Complaint against Planet Motor Cars 5001-19836 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 106 | DCA Complaint against Planet Motor Cars 5001-19690 | |
| 107 | DCA Complaint against Planet Motor Cars 5001-16908 | |
| 108 | DCA Complaint against Planet Motor Cars 2675-2013-CMPL | |
| 109 | DCA Complaint against Planet Motor Cars 15304-2014-CMPL | |
| 110 | DCA Complaint against Planet Motor Cars 14910-2014-CMPL | |
| 111 | DCA Complaint against Planet Motor Cars 1111-2014-CMPL | |
| 112 | DCA Complaint against NYMG 203-2014-CMPL/2805-2014-CMPL | Pl.Supp Disc 005052 - 3, Pl.Supp.Disc.005146 - 66 |
| 113 | DCA Complaint against NYMG 250-2013-CMPL | Pl.Supp.Disc.005054 - 69 |
| 114 | DCA Complaint against NYMG 1348-2014-CMPL | Pl.Supp.Disc.005070 - 96 |
| 115 | DCA Complaint against NYMG 1428-2013-CMPL | Pl.Supp.Disc.005097 - 101 |
| 116 | DCA Complaint against NYMG 1438-2014-CMPL | Pl.Supp.Disc.005102 - 20 |
| 117 | DCA Complaint against NYMG 2129-2013-CMPL | Pl.Supp.Disc.005121 - 35 |
| 118 | DCA Complaint against NYMG 2417-2014-CMPL | Pl.Supp.Disc.005136 - 45 |
| 119 | DCA Complaint against NYMG 3074-2013-CMPL | Pl.Supp.Disc.005167 - 86 |
| 120 | DCA Complaint against NYMG 3871-2014-CMPL | Pl.Supp.Disc.005187 - 201 |
| 121 | DCA Complaint against NYMG 6633-2014-CMPL | Pl.Supp.Disc.005233 - 34 |
| 122 | DCA Complaint against NYMG 7759-2014-CMPL | Pl.Supp.Disc.005235 - 45 |
| 123 | DCA Complaint against NYMG 10979-2014-CMPL | Pl.Supp.Disc.005246 - 55 |
| 124 | DCA Complaint against NYMG 12155-2014-CMPL | Pl.Supp.Disc.005286 - 88 |
| 125 | DCA Complaint against NYMG 15343-2014-CMPL | Pl.Supp.Disc.005289 - 99 |
| 126 | DCA Complaint against NYMG 15346-2014-CMPL | Pl.Supp.Disc.005300 - 08 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 127 | DCA Complaint against NYMG CD500129993 | Pl.Supp.Disc.005309 - 38 |
| 128 | DCA Complaint against NYMG CD500132760 | Pl.Supp.Disc.005339 - 57 |
| 129 | DCA Complaint against NYMG CD500134074 | Pl.Supp.Disc.005358 - 73 |
| 130 | DCA Complaint against NYMG CD500134161 | Pl.Supp.Disc.005374 - 98 |
| 131 | DCA Complaint against NYMG CD500135592 | Pl.Supp.Disc.005399 - 420 |
| 132 | DCA Complaint against NYMG CD500136565 | Pl.Supp.Disc.005431 - 58 |
| 133 | DCA Complaint against NYMG CD500136648 | Pl.Supp.Disc.005459 - 72 |
| 134 | DCA Complaint against NYMG CD500136906 | Pl.Supp.Disc.005473 - 89 |
| 135 | DCA Complaint against NYMG CD500136945 | Pl.Supp.Disc.005490 - 514 |
| 136 | DCA Complaint against NYMG CD500137095 | Pl.Supp.Disc.005515 - 26 |
| 137 | Uzzaman DCA Complaint against NYMG CD500135314 | Pl.Supp.Disc.005562 - 93 |
| 138 | Web Submission, DFS Complaint against NYMG, 11-06-2013 | Plaintiffs' Second Supplemental Production 007377 - 8 |
| 139 | Fax Complaint to DFS, 11-06-2013 | Plaintiffs' Second Supplemental Production 007379 - 84 |
| 140 | Letter from Buyer to NYMG, DFS Complaint, 09-24-2013 | Plaintiffs' Second Supplemental Production 007385 - 6 |
| 141 | RIC, DFS Complaint, 04-11-2013 | Plaintiffs' Second Supplemental Production 007387 |
| 142 | Santander Loan Payoff Notice, DFS Complaint, 09-24-2013 | Plaintiffs' Second Supplemental Production 007388 |
| 143 | Guard Service Contract, DFS Complaint, 02-26-2013 | Plaintiffs' Second Supplemental Production 007389 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 144 | NYMG Receipt, DFS Complaint, 08-17-2013 | Plaintiffs' Second Supplemental Production 007390 - 1 |
| 145 | Agreement Written by Buyer, DFS Complaint, 10-02-2013 | Plaintiffs' Second Supplemental Production 007393 |
| 146 | eBay Listing, DFS Complaint | Plaintiffs' Second Supplemental Production 007394 |
| 147 | DFS Letter to Buyer | Plaintiffs' Second Supplemental Production 007395 |
| 148 | DFS Letter to NYMG | Plaintiffs' Second Supplemental Production 007396 - 7 |
| 149 | DFS Letter to NYMG Returned | Plaintiffs' Second Supplemental Production 007398 - 9 |
| 150 | DFS Second Letter to NYMG | Plaintiffs' Second Supplemental Production 007400 |
| 151 | DFS Second Letter to NYMG Returned | Plaintiffs' Second Supplemental Production 007401 |
| 152 | Investigation by DMV about Complaint of Lying by Mohammed Masoud "Toby", 11-09-2011 | |
| 153 | DMV Investigation Report indicating that Toby owns Planet Motor Cars, 05-01-2008 | |
| 154 | DMV Investigation Report about False Certificate, 05-16-2008 | |
| 155 | DMV Complaint Background, 03-05-2009 | |
| 156 | Bureau of Consumer and Facility Services, Civil Penalty against Hillside Motors, 04-27-2015 | |
| 157 | DMV Complaint Report, Dong, 02-07-2014 | |
| 158 | NYMG Receipt to Dong, 07-30-2013 | |
| 159 | Second RIC, Dong, 08-29-2013 | |
| 160 | SCUSA Bill for Dong, 01-27-2014 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 161 | SCUSA Bill for Dong, 02-24-2014 | |
| 162 | SCUSA Bill for Dong, 03-24-2014 | |
| 163 | SCUSA Bill and Towing Receipt, Dong, 05-11-2014 | |
| 164 | Title with Lien, Dong, 12-04-2013 | |
| 165 | Title with no Lien, Dong, 10-25-2013 | |
| 166 | Towing Receipt, Dong, 03-26-2014 | |
| 167 | First RIC, Dong, 07-30-2012 | |
| 168 | Bank Check to NYMG, Freire, 02-18-2013 | |
| 169 | Boris Freire Credit Report, 12-17-2013 | |
| 170 | Boris Freire Statement, 12-17-2013 | |
| 171 | Intake Notes, Freire, 10-23-2013 | |
| 172 | Freire Fax to Linx Brokerage Insurance, 12-17-2013 | |
| 173 | Freire Handwritten Confirmation, 12-17-2013 | |
| 174 | Linx Brokerage Insurance Refund Check, Freire, 11-12-2013 | |
| 175 | NJ Parking Tickets, Freire, 12-27-2013 | |
| 176 | Insurance Binder for Osorio, 02-19-2013 | |
| 177 | State Farm Temporary ID Card, Osorio, 01-28-2013 | |
| 178 | Progressive Insurance Documents, Freire, 12-17-2013 | |
| 179 | First RIC, Freire, 12-17-2013 | |
| 180 | Santander Bills, Freire, 12-17-2013 | |
| 181 | SCUSA Rejection, Freire, 03-16-2013 | |
| 182 | SCUSA Bills, Freire, 06-09-2014 | |
| 183 | Guard Service Contract, Freire, 2-19-2013 | |
| 184 | De Santos Texts with Freire, 02-21-2013 | |
| 185 | Second RIC, Freire, 02-19-2013 | |
| 186 | Mohamed Texts with Freire, 09-17-2013 | |
| 187 | AUL Service Contract, Gabrys, 12-27-2012 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 188 | NYMG Down Payment Receipt, Gabrys, 12-27-2012 | |
| 189 | NYMG Second Purchase Order, Gabrys, 12-27-2012 | |
| 190 | NYMG Original Purchase Order, Gabrys, 12-27-2012 | |
| 191 | Technology Insurance Company Theft Deterrant Product Protection, Gabrys, 12-27-2012 | |
| 192 | M&T RIC, Gabrys, 12-27-2012 | |
| 193 | DCA Complaint, Gabrys | |
| 194 | M&T Telephone records re NYMG, 09-22-2014 | MTB00029 - 31 |
| 195 | M&T Contract Status for Gabrys, 12-31-2012 | MTB00120 - 5 |
| 196 | M&T Telephone records re Gabrys, 09-22-2014 | MTB00148A |
| 197 | Letter to M&T Bank President by Morris, 04-28-2014 | MTB00150 - 3 |
| 198 | M&T Contract Status for Tuhin, 06-21-2013 | MTB00183 - 5 |
| 199 | Voloshko v. M&T and Planet Motor Summons and Complaint, 06-25-2013 | MTB00193 - 238 |
| 200 | Wong Letter to Pfirman M&T Counsel, 03-14-2013 | MTB00239 - 40 |
| 201 | M&T Daily Balance Report for Tuhin and NYMG, 06-26-2013 | 000018 - 9 |
| 202 | M&T's Dealer Agreement for NYMG, 03-22-2004 | |
| 203 | M&T's Dealer Agreement for NYMG, 11-01-2012 | |
| 204 | M&T Letters to Planet Motor and NYMG re Gabrys lawsuit, 02-04-2014 | |
| 205 | Gabrys Contract Status with M&T - Pending, 12-31-2012 | |
| 206 | Gabrys Contract Status with M&T - Approved, 12-31-2012 | |
| 207 | M&T Payment History for Gabrys, 07-31-2014 | |
| 208 | M&T Letter to NYMG, Contract Status, RIC and Payment History for Tuhin, 11-20-2013 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 209 | M&T Tuhin Application Approval, 06-21-2013 | |
| 210 | DealerTrack, Tuhin, 06-21-2013 | |
| 211 | DealerTrack, Tuhin, 06-22-2013 | |
| 212 | Odometer Disclosure, Tuhin, 06-22-2013 | |
| 213 | DMV Notice of Lien, Tuhin, 06-22-2013 | |
| 214 | Vehicle Registration Application, Tuhin, 06-22-2013 | |
| 215 | NYMG Purchase Agreement, Tuhin, 06-22-2013 | |
| 216 | AutoProtect, Tuhin, 06-22-2013 | |
| 217 | M&T Loan Approval, Banon, 08-14-2013 | |
| 218 | Vehicle Registration Application, Banon | |
| 219 | DealerTrack, Banon, 08-14-2013 | |
| 220 | M&T Loan Approval, Gabrys, 12-27-2012 | |
| 221 | DealerTrack, Gabrys, 12-27-2012 | |
| 222 | Installment Sales Contract Loan Gap Waiver, Gabrys, 12-27-2012 | |
| 223 | Odometer Disclosure, Gabrys, 12-27-2012 | |
| 224 | DMV Notice of Lien, Gabrys, 12-27-2012 | |
| 225 | Verizon Wireless Bill, Gabrys, 12-29-2012 | |
| 226 | AUL Service Contract, Gabrys, 12-27-2012 | |
| 227 | Esurance Temporary Binder, Gabrys, 12-28-2012 | |
| 228 | Vehicle Registration Application, Gabrys | |
| 229 | Planet Motor Car RIC for Park, 04-07-2013 | |
| 230 | SCUSA Letters to Park, 04-16-2014 | |
| 231 | SCUSA Reply to Reicher re Park, 10-01-2014 | |
| 232 | Park Letter to SCUSA and notes | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 233 | Park Second Payment to SCUSA, 08-14-2013 | |
| 234 | Receipt for Downpayment, Park, 04-07-2013 | |
| 235 | Financer's Hand-Written notes re Monthly Payments, Park, 04-08-2013 | |
| 236 | Receipt for Downpayment, Park, 04-08-2013 | |
| 237 | Linx Insurance Downpayment Receipt, 04-08-2013 | |
| 238 | SCUSA Rejection, Park, 04-29-2013 | |
| 239 | SCUSA Rejection, Park, 05-02-2013 | |
| 240 | Park Payment to SCUSA, 05-25-2013 | |
| 241 | Planet Motor Car RIC for Park, 04-07-2013 | |
| 242 | SCUSA Letter to Park, 10-15-2013 | |
| 243 | SCUSA Monthly Statement, 11-18-2013 | |
| 244 | SCUSA Monthly Statement, 11-25-2013 | |
| 245 | SCUSA Monthly Statement, 01-13-2014 | |
| 246 | SCUSA Monthly Statement, 04-14-2014 | |
| 247 | DCA Replies to Park Complaint, 04-29-2014 | |
| 248 | Reicher Letter to SCUSA re Park, 09-15-2014 | |
| 249 | SCUSA Reply to Reicher re Park, 10-09-2014 | |
| 250 | Hillside Motors Business Card | |
| 251 | NYMG Business Card | |
| 252 | Park Letter to District Attorney, 01-18-2014 | |
| 253 | Reicher Letter to SCUSA re Park, 10-02-2014 | |
| 254 | SCUSA Response to Cease and Desist Request, Park, 08-26-2014 | |
| 255 | Western Union Receipt to SCUSA, Park | |
| 256 | Planet Motor Car RIC for Park, 04-07-2013 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 257 | Atiyeh v. Chase Motion to Dismiss, 01-22-2015 | Plaintiffs' Second Supplemental Production 007292 - 6 |
| 258 | Atiyeh v. ElTouby et al, Answer to Complaint, 02-10-2015 | Plaintiffs' Second Supplemental Production 007290 - 1 |
| 259 | Atiyeh v. ElTouby et al, Summons and Complaint, 11-05-2014 | Plaintiffs' Second Supplemental Production 007297 - 306 |
| 260 | Davis v. NYMG et al, Compliance Conference Order, 09-25-2014 | Plaintiffs' Second Supplemental Production 007335 - 7 |
| 261 | Davis v. NYMG et al, Summons and Complaint, 07-01-2013 | Plaintiffs' Second Supplemental Production 007338 - 51 |
| 262 | Photograph of Car, Fernandez | |
| 263 | M&T Letter to Fernandez re Title Change, 09-18-2013 | |
| 264 | M&T RIC, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007404 - 7 |
| 265 | NYMG Purchase Agreement, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007408 - 9 |
| 266 | Fernandez Letter Describing Fraud, 01-11-2014 | Plaintiffs' Second Supplemental Production 007410 - 1 |
| 267 | M&T RIC, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007412 |
| 268 | DealerTrack, Fernandez | Plaintiffs' Second Supplemental Production 007413 |
| 269 | M&T Application Approval, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007414 |
| 270 | Receipt for $12,000 from Fernandez, 07-10-2013 | Plaintiffs' Second Supplemental Production 007415 |
| 271 | M&T Letter to Fernandez, 01-09-2014 | Plaintiffs' Second Supplemental Production 007416 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 272 | Hillside Motors and NYMG Business cards | Plaintiffs' Second Supplemental Production 007417 - 8 |
| 273 | Fernandez Notes | Plaintiffs' Second Supplemental Production 007419 |
| 274 | M&T Account Statement, Fernandez, 01-06-2014 | Plaintiffs' Second Supplemental Production 007420 |
| 275 | M&T RIC, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007421 - 2 |
| 276 | DealerTrack, Fernandez | Plaintiffs' Second Supplemental Production 007423 |
| 277 | Fernandez RIC, 07-11-2013 | Plaintiffs' Second Supplemental Production 007425 |
| 278 | M&T Application Pending, Fernandez, 07-16-2013 | Plaintiffs' Second Supplemental Production 007426 |
| 279 | Alvarado Receipt, 08-09-2013 | Plaintiffs' Second Supplemental Production 007427 |
| 280 | Total Loss Protection Passenger Vehicles, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007428 |
| 281 | Technology Insurance Company Theft Deterrant Product Protection, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007429 |
| 282 | DMV Notice of Lien, Fernandez, 07-12-2013 | Plaintiffs' Second Supplemental Production 007430 |
| 283 | Odometer Disclosure, 07-11-2013 | Plaintiffs' Second Supplemental Production 007431 |
| 284 | DealerTrack, Fernandez, 07-11-2013 | Plaintiffs' Second Supplemental Production 007432 |
| 285 | DCA Complaint, Fernandez | Plaintiffs' Second Supplemental Production 007433 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 286 | M&T Letter to Fernandez re Title Change, 09-18-2013 | Plaintiffs' Second Supplemental Production 007435 |
| 287 | Vehicle Registration Application, Fernandez | Plaintiffs' Second Supplemental Production 007436 - 7 |
| 288 | Kieran v. Hillside Motors, Verified Petition, 09-13-2016 | |
| 289 | Kieran v. Hillside Motors, Answer to Petition, 10-23-2016 | |
| 290 | NYMG v. Burgess, Summons and Complaint, 06-27-2014 | |
| 291 | NYMG v. Burgess, Request to Dismiss, 10-19-2016 | |
| 292 | Receipt for $300 Downpayment, Ramirez, 12-28-2013 | |
| 293 | Receipt for $2000 Downpayment, Ramirez, 12-28-2013 | |
| 294 | Receipt for $300 Downpayment, Ramirez, 12-28-2013 | |
| 295 | AG Reply to Ramirez, 04-04-2014 | Plaintiffs' Second Supplemental Production 007240 |
| 296 | BBB Online Complaint, Ramirez | Plaintiffs' Second Supplemental Production 007241 - 7 |
| 297 | NYMG Purchase Agreement, Ramirez, 01-06-2014 | Plaintiffs' Second Supplemental Production 007255 - 6 |
| 298 | DCA Email with Ramirez, 11-13-2014 | Plaintiffs' Second Supplemental Production 007 |
| 299 | M&T Statement, Ramirez, 02-01-2014 | Plaintiffs' Second Supplemental Production 007257 |
| 300 | DCA Complaint, Ramirez | Pl.Supp.Disc.006010 |
| 301 | Photograph of Car, Ramirez | Pl.Supp.Disc.006012 |
| 302 | Receipt of Downpayment, Ramirez, 12-28-2013 | Pl.Supp.Disc.006013 |
| 303 | Receipt of Downpayment, Ramirez, 12-28-2013 | Pl.Supp.Disc.006014 |
| 304 | NYMG Business Card | Pl.Supp.Disc.006015 |
| 305 | M&T Statement, Ramirez, 02-01-2014 | Pl.Supp.Disc.006016 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 306 | Technology Insurance Company Theft Deterrant Product Protection | Pl.Supp.Disc.006017 |
| 307 | NYMG Purchase Agreement, Ramirez, 01-06-2014 | Pl.Supp.Disc.006018 - 9 |
| 308 | M&T RIC, Ramirez, 01-06-2014 | Pl.Supp.Disc.006020 |
| 309 | NYMG Business Card | Plaintiffs' Second Supplemental Production 007258 |
| 310 | Technology Insurance Company Theft Deterrant Product Protection, Ramirez, 01-06-2014 | Plaintiffs' Second Supplemental Production 007260 |
| 311 | Photograph of Car, Ramirez | Plaintiffs' Second Supplemental Production 007261 |
| 312 | Voloshko v. M&T and Planet Motor Amended Answer of Complaint, 12-13-2013 | Plaintiffs' Second Supplemental Production 007262 - 73 |
| 313 | Voloshko v. M&T and Planet Motor Motion to Compel, 01-19-2015 | Plaintiffs' Second Supplemental Production 007274 - 5 |
| 314 | Voloshko v. M&T and Planet Motor Answer of Complaint, 08-06-2013 | Plaintiffs' Second Supplemental Production 007276 - 87 |
| 315 | Voloshko v. M&T and Planet Motor Scheduled Order 3-11-2015 | Plaintiffs' Second Supplemental Production 007288 - 9 |
| 316 | RIC, Rosado, 05-28-2013 | Plaintiffs' Supplemental Production007223 - 9 |
| 317 | Burns Letter Describing Fraud, 04-17-2015 | Plaintiffs' Supplemental Production007230 - 1 |
| 318 | NYC Parking Tickets, 04-07-2013 | Plaintiffs' Supplemental Production007232 - 3 |
| 319 | DA Announcement against Auto Palace | Plaintiffs' Supplemental Production007234 - 6 |
| 320 | Karim v. NYMG, et al Complaint, 06-15-2016 | |
| 321 | Hussain v. Auto Palace et al, Summons and Complaint, 08-03-2014 | Plaintiffs' Second Supplemental Production 007450 - 67 |
| 322 | Hussain RIC, 02-21-2011 | Plaintiffs' Second Supplemental Production 007468 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 323 | DMV Notice of Lien, Hussain, 03-04-2014 | Plaintiffs' Second Supplemental Production 007469 |
| 324 | SCUSA Agreement to Provide Insurance, Dong, 04-15-2013 | SCUSA00005 |
| 325 | DealerTrack, Dong, 08-29-2013 | SCUSA00008 - 10 |
| 326 | SCUSA Contract Status, Dong, 08-29-2013 | SCUSA00011 - 3 |
| 327 | Planet Motor Cars Purchase Agreement, Dong | SCUSA00016 |
| 328 | DealerTrack for Dong, 08-28-2013 | SCUSA00028 |
| 329 | Guard Vehicle Service Contract, Dong, 08-29-2013 | SCUSA00029 |
| 330 | Planet Motor Cars Receipt for Downpayment, Dong, 08-29-2013 | SCUSA00033 |
| 331 | DMV Notice of Lien, Dong, 08-29-2013 | SCUSA00034 |
| 332 | SCUSA Letter to Dong, 03-24-2014 | SCUSA00040 - 3 |
| 333 | Odometer Disclosure, Dong, 08-29-2013 | SCUSA00044 |
| 334 | Vehicle Registration, Dong | SCUSA00045 |
| 335 | SCUSA Account Details for Dong, 03-31-2014 | SCUSA00048 - 72 |
| 336 | SCUSA Contract Status, Freire, 03-17-2013 | SCUSA00002 - 3 |
| 337 | Planet Motor Cars Purchase Agreement, Freire, 02-19-2013 | SCUSA00005 |
| 338 | RIC, Freire, 02-19-2013 | SCUSA00006 - 7 |
| 339 | DealerTrack, Freire, 02-19-2013 | SCUSA00008 - 10 |
| 340 | SCUSA Letter of Rejection, 03-16-2013 | SCUSA00011 |
| 341 | DealerTrack, Freire, 02-19-2013 | SCUSA00012 |
| 342 | Planet Motor Cars Receipt for Downpayment, Freire, 02-19-2013 | SCUSA00018 |
| 343 | DMV Notice of Lien, Freire, 02-19-2013 | SCUSA00024 |
| 344 | Odometer Disclosure, Freire, 02-19-2013 | SCUSA00025 |
| 345 | DMV Notice of Lien, Freire, 02-19-2013 | SCUSA00026 |
| 346 | In-Transit Permit Application, Freire | SCUSA00027 - 8 |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 347 | Schlanger Letter to Minsky, Freire, 10-29-2013 | SCUSA00032 - 5 |
| 348 | SCUSA Letter to Freire, 01-21-2014 | SCUSA00043 |
| 349 | SCUSA Account Details for Freire, 02-05-2014 | SCUSA00047 |
| 350 | SCUSA Bills to Freire | SCUSA00052 - 62 |
| 351 | SCUSA Activity Report, Freire, 01-21-2014 | SCUSA00063 - 73 |
| 352 | NYMG Purchase Agreement for Chiring | |
| 353 | Picture of Nada Smith, 11-19-2016 | |
| 354 | Picture of Nada Smith move to TN | |
| 355 | Picture of NYMG protest | |
| 356 | AutoProtect, Tuhin, 06-22-2013 | |
| 357 | BQE Café Billiards Receipts for Tuhin, 11-03-2015 | |
| 358 | Cab Receipts for Tuhin | |
| 359 | Picture of Tuhin Car by Hydrant 1 | |
| 360 | Picture of Tuhin Car by Hydrant 2 | |
| 361 | Picture of Tuhin Car with Scratches | |
| 362 | Picture of Tuhin Car with Signs | |
| 363 | Tuhin Collection Letter, 09-16-2016 | |
| 364 | Tuhin Deal Jacket, 06-20-2013 | |
| 365 | Tuhin Estrada Notes | |
| 366 | GAP Waiver Addendum for Tuhin, 06-21-2013 | |
| 367 | M&T CACS History for Tuhin, 11-27-2013 | |
| 368 | M&T Payment History for Tuhin, 10-29-2013 | |
| 369 | Manheim Buyer Vehicle History, Tuhin, 06-27-2013 | |
| 370 | Video from Neon for Tuhin Lexus, 06-24-2013 | |
| 371 | Notice of Lien, Tuhin, 06-21-2013 | |
| 372 | M&T Notice of Sale 1, Tuhin, 11-10-2015 | |
| 373 | M&T Notice of Sale 2, Tuhin, 11-10-2015 | |
| 374 | Odometer Statement, Tuhin, 06-21-2013 | |
| 375 | Parking Receipts, Tuhin, 11-02-2015 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 376 | Reposession Receipt, Tuhin, 11-09-2015 | |
| 377 | Vehicle Registration Application for Tuhin | |
| 378 | NYMG First Purchase Agreement for Tuhin, 06-19-2013 | |
| 379 | NYMG Second Purchase Agreement for Tuhin, 06-22-2013 | |
| 380 | NYMG Third Purchase Agreement for Tuhin, 06-22-2013 | |
| 381 | M&T RIC for Tuhin, 06-21-2013 | |
| 382 | Theft Deterrant Product Protection, Tuhin, 06-21-2013 | |
| 383 | NYMG ad for Lexus, Tuhin | |
| 384 | Vehicle Registration for Tuhin, 06-23-2013 | |
| 385 | Thrift Investment Corporation Credit Denial, Tuhin, 06-22-2013 | |
| 386 | Notes from Estrada for Tuhin | |
| 387 | Citibank ATM Receipts, Tuhin, 08-26-2013 | |
| 388 | M&T Statements, Tuhin, 09-16-2013 | |
| 389 | Tuhin Telephone Records, 09-19-2013 | |
| 390 | Tuhin Correspondence with NYMG and M&T | |
| 391 | M&T Payment History for Tuhin, 10-29-2013 | |
| 392 | Tuhin Correspondence with NYMG | |
| 393 | Tuhin Telephone Records, 07-16-2013 | |
| 394 | ATM Receipt for Tuhin, 07-22-2013 | |
| 395 | Towing and Storage Receipts for Tuhin | |
| 396 | Lexus of Queens Inspection Receipt, Tuhin, 08-09-2013 | |
| 397 | Vehicle Title, Tuhin, 10-03-2013 | |
| 398 | Tuhin Down Payment Receipt, 06-19-2013 | |
| 399 | NYMG We Owe Slip, Tuhin, 06-22-2013 | |
| 400 | Thikana Article about NYMG protest, 08-06-2013 | |

| P. Ex. | Description | Bates No. |
|---|---|---|
| 401 | NYMG Down Payment Receipt, Tuhin, 06-22-2013 | |
| 402 | Toyota Financial Services Letter, Tuhin, 09-16-2013 | |
| 403 | Taxi Receipts, Tuhin | |
| 404 | M&T Payment Postage, Tuhin | |
| 405 | Parking Receipts, Tuhin | |
| 406 | Protest Permit, Tuhin, 07-30-2013 | |
| 407 | M&T Statements, Tuhin | |
| 408 | Tuhin Carfax, 06-22-2013 | |
| 409 | Tuhin Handwritten notes of calls with M&T, 06-23-2013 | |
| 410 | Press release_3.24.14 Estrada arrest | |
| 411 | Audio file 1 from Banon | |
| 412 | Audio file 2 from Banon | |
| 413 | Audio file 3 from Banon | |
| 414 | Audio file 4 from Banon | |
| 415 | Audio file 5 from Banon | |
| 416 | Audio file 1 from Chowdhury | |
| 417 | Audio file 2 from Chowdhury | |
| 418 | Audio file 1 from Dong | |
| 419 | Audio file 1 from Gabrys | |
| 420 | Audio file 2 from Gabrys | |
| 421 | Audio file 3 from Gabrys | |
| 422 | Audio file 4 from Gabrys | |
| 423 | Audio file 5 from Gabrys | |
| 424 | Audio file 6 from Gabrys | |
| 425 | Audio file 7 from Gabrys | |
| 426 | Audio file 8 from Gabrys | |
| 427 | Audio file 9 from Gabrys | |
| 428 | Audio file 10 from Gabrys | |