# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ANWAR ALKHATIB,
        Plaintiff,

-against-                        Case No. 13-CV-2337 (ARR) (SMG)

NEW YORK MOTOR GROUP LLC, et al.,
        Defendants.

---

SHAHADAT TUHIN
        Plaintiff,

-against-                        Case No. 13-CV-5643 (ARR) (SMG)

NEW YORK MOTOR GROUP, et al.
        Defendants.

---

SIMON GABRYS,
        Plaintiff,

-against-                        Case No. 13-CV-7290 (ARR) (SMG)

NEW YORK MOTOR GROUP LLC, et al.,
        Defendants.

---

BORIS FREIRE, et al,
        Plaintiffs,

-against-                        Case No. 13-CV-7291 (ARR) (SMG)

NEW YORK MOTOR GROUP LLC, et al.,
        Defendants.

---

ZHENG HUI DONG,
        Plaintiff,

-against-                        Case No. 14-CV-2980 (ARR) (SMG)

NEW YORK MOTOR GROUP LLC, et al.,
        Defendants.

---

NASRIN CHOWDHURY,
        Plaintiff,

-against-                        Case No. 14-CV-2981 (ARR) (SMG)

NEW YORK MOTOR GROUP LLC, et al.,
        Defendants.

---

```
-----------------------------------
TAREQUE AHMED
                Plaintiff,
        -against-                          Case No. 15-CV-0284 (ARR) (SMG)
NEW YORK MOTOR GROUP LLC, et al.,
                Defendants.
-----------------------------------
YSABEL BANON,
                Plaintiff,
        -against-                          Case No. 15-CV-4691 (ARR) (SMG)
MANUFACTURERS AND TRADERS
TRUST COMPANY, et al.,
                Defendants.
-----------------------------------
CHEA SUNG PARK,
                Plaintiff,
        -against-                          Case No. 15-CV-5374 (ARR) (SMG)
SANTANDER CONSUMER USA,
INC., et al.,
                Defendants.
-----------------------------------
```

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF KINGS          )

Mamdoh Eltouby, being duly sworn, deposes and says the following:

1. I am the owner of New York Motor Group, LLC.

2. On behalf of New York Motor Group, LLC, I hereby confess judgment herein in favor of Plaintiffs Shahadat Tuhin, Simon Gabrys, Nasrin Chowdhury, Ysabel Banon, Anwar Alkhatib, Boris Freire, Miriam Osorio, Zhengui Dong, Tareque Ahmed, and Chea Park (collectively, "Plaintiffs") in the amount of $200,000. I consent to the entry of this judgment against me in the U.S. District Court for the Eastern District of New York, or in any other court, as hereafter conditioned.

3. This judgment may be entered against me at any time after December 31, 2017.

4. This Confession of Judgment is for a debt due and owing to the Plaintiffs for claims related to Plaintiffs' purchase of vehicles as set forth in the actions captioned above.

5. I agree that this sum is a fair and reasonable assessment of Plaintiffs' damages in this matter.

By: NEW YORK MOTOR GROUP, LLC

By: _____
Mamdoh Eltouby
Owner
Who is duly authorized to enter this Confession of Judgment on behalf of New York Motor Group, LLC

Subscribed and sworn to before me this
21 day of July, 2017

_____
Notary Public
Steven M Gold

3